G. PATRICK GALLOWAY, ESQ. (State Bar No. 49442)
MICHAEL C. AUSTIN, ESQ. (State Bar No. 232091)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: maustin@glattys.com

Attorneys for Defendants
SUTTER WEST BAY HOSPITALS dba NOVATO COMMUNITY HOSPITAL

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF USDC/NORTHERN DISTRICT

| | |
|---|---|
| RHIANNIN SKEELS,<br><br>  Plaintiff,<br><br>vs.<br><br>OFFICER KENDRICK PILEGAARD, individually and in his capacity as a Novato Police Department Officer; CIT OF NOVATO, CALIFORNIA; NOVATO POLICE DEPARTMENT, CHIEF JOSEPH KRENS, individually and in his offical capacity as Novato Police Department Chief; VERONIQUE L. AU, M.D.; SUTTER HEALTH; NOVATO COMMUNITY HOSPITAL; COUNTY OF MARIN, CALIFORNIA; MARIN COUNTY SHERIFF'S OFFICE; SHERIFF ROBERT T. DOYLE, individually and in his capacity as Marin County Sheriff, and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. CV122175 E-FILING<br><br>~~Honorable Joseph C. Spero~~<br><br>**STIPULATION**<br><br>Date Complaint Filed: May 1, 2012<br>Trial: None. |

COME NOW THE PARTIES and hereby stipulate that:

1. Any and all prayers for punitive damages alleged in the plaintiff's Complaint be stricken and deemed otherwise inapplicable to defendant SUTTER WEST BAY HOSPITALS dba NOVATO COMMUNITY HOSPITAL.

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

1

CV122175 E-FILING: STIPULATION

192-9323/MCA/571608.docx

2. The Ninth Claim for Relief for Intentional Infliction of Emotional Distress seeking punitive damages is not alleged against and inapplicable to defendant SUTTER WEST BAY HOSPITALS dba NOVATO COMMUNITY HOSPITAL

IT IS SO STIPULATED.

Dated: May 25, 2012

GALLOWAY, LUCCHESE, EVERSON & PICCHI

By: _____
MICHAEL C. AUSTIN, ESQ.
Attorneys for Defendant
SUTTER WEST BAY HOSPITALS
dba NOVATO COMMUNITY
HOSPITAL.

Dated: 5/30/12 , 2012

LAW OFFICE OF DAVID C. ANDERSON

By: _____
DAVID C. ANDERSON, ESQ.
Attorneys for Plaintiff
Rhiannin Skeels



GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

CV122175 E-FILING: STIPULATION

192-9323/MCA/571608.docx