```
ANDERSON LAW
DAVID C. ANDERSON, State Bar # 83146
50 Francisco Street, Suite 450
San Francisco, CA 94133
Telephone: (415) 395-9898
Facsimile:  (415) 395-9839

Attorneys for Plaintiff
RHIANNIN SKEELS
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIVISION OF SAN FRANCISCO

| | |
|---|---|
| RHIANNIN SKEELS,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER KENDRICK PILEGAARD, individually and in his capacity as a Novato Police Department officer; CITY OF NOVATO, CALIFORNIA; NOVATO POLICE DEPARTMENT; CHIEF JOSEPH KREINS, individually and in his capacity as Novato Police Department Chief; VERONIQUE L. AU, M.D.; SUTTER WEST BAY HOSPITALS d.b.a. NOVATO COMMUNITY HOSPITAL; COUNTY OF MARIN, CALIFORNIA; MARIN COUNTY SHERIFF'S OFFICE; SHERIFF ROBERT T. DOYLE, individually and in his capacity as Marin County Sheriff; and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. CV-12-02175 THE<br>Assigned to Judge Thelton E. Henderson<br><br>**STIPULATION OF PLAINTIFF RHIANNIN SKEELS, DEFENDANT CHIEF JOSEPH KREINS, AND DEFENDANT SHERIFF ROBERT T. DOYLE** |

    Plaintiff RHIANNIN SKEELS and Defendants CHIEF JOSEPH KREINS and SHERIFF ROBERT T. DOYLE, by and through counsel, HEREBY STIPULATE to the following:

    1.    That Plaintiff will dismiss without prejudice Defendants KREINS and DOYLE from her complaint;

    2.    That at any time not more than 14 days after close of discovery, Plaintiff can apply to the court for permission to amend the complaint adding KREINS and/or DOYLE as defendants without any opposition from KREINS and DOYLE, and that Plaintiff, KREINS, and DOYLE agree to jointly seek leave of court to reopen discovery for 60 days, limited to issues included in the amended complaint;

    3.    That KREINS and DOYLE agree to toll all applicable statute of limitations defenses to Plaintiff's complaint while Plaintiff's complaint is pending.

IT IS SO STIPULATED:

DATE: Oct. 29, 2012    OFFICE OF MARIN COUNTY COUNSEL

By: _____
Stephen R. Raab
Attorneys for Defendant SHERIFF ROBERT T. DOYLE

DATE: 10-29, 2012    BERTRAND, FOX, & ELLIOTT

By: _____
Thomas F. Bertrand  Richard W. Osman
Attorneys for Defendant CHIEF JOSEPH KREINS

DATE: 10-29, 2012    ANDERSON LAW

By: _____
David C. Anderson
Attorneys for Plaintiff RHIANNIN SKEELS

APPROVED:

DATE: 11/05, 2012

JUDGE OF THE UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*

2

STIPULATION OF PARTIES