1  ANDERSON LAW
   DAVID C. ANDERSON, State Bar # 83146
2  50 Francisco Street, Suite 450
   San Francisco, CA 94133
3  Telephone: (415) 395-9898
   Facsimile:  (415) 395-9839
4
   Attorneys for Plaintiff
5  RHIANNIN SKEELS

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 DIVISION OF SAN FRANCISCO

11 RHIANNIN SKEELS,                )   No. CV-12-02175 THE
                                   )   Assigned to Judge Thelton E. Henderson
12         Plaintiff,              )
                                   )   **STIPULATION OF PLAINTIFF
13    vs.                          )   RHIANNIN SKEELS, DEFENDANT
                                   )   CHIEF JOSEPH KREINS, AND
14 OFFICER KENDRICK PILEGAARD,     )   DEFENDANT SHERIFF ROBERT T.
   individually and in his capacity as a )  DOYLE**
15 Novato Police Department officer; CITY )
   OF NOVATO, CALIFORNIA; NOVATO  )
16 POLICE DEPARTMENT; CHIEF       )
   JOSEPH KREINS, individually and in his )
17 capacity as Novato Police Department )
   Chief; VERONIQUE L. AU, M.D.;  )
18 SUTTER WEST BAY HOSPITALS d.b.a. )
   NOVATO COMMUNITY HOSPITAL;     )
19 COUNTY OF MARIN, CALIFORNIA;   )
   MARIN COUNTY SHERIFF'S OFFICE; )
20 SHERIFF ROBERT T. DOYLE,       )
   individually and in his capacity as Marin )
21 County Sheriff; and DOES 1 through 100, )
   inclusive,                      )
22                                 )
           Defendants.              )
23                                 )
   _____ )
24

25    Plaintiff RHIANNIN SKEELS and Defendants CHIEF JOSEPH KREINS and SHERIFF

26 ROBERT T. DOYLE, by and through counsel, HEREBY STIPULATE to the following:

27    1.   That Plaintiff will dismiss without prejudice Defendants KREINS and DOYLE

28 from her complaint;

10/29/2012 MON 11:28 FAX 415 353 0990 BERTRAND FOX & ELLIOT  Case 3:12-cv-02175-TEH   Document 46   Filed 11/05/12   Page 2 of 2  ☒002/003

10/29/2012 11:05 FAX 4154733796    MMARIN COUNTY COUNSEL    ☒003/003

10/26/2012 17:03  4153959839    LAWOFCDAVIDCANDERSON    PAGE 03/03

2.  That at any time not more than 14 days after close of discovery, Plaintiff can apply to the court for permission to amend the complaint adding KREINS and/or DOYLE as defendants without any opposition from KREINS and DOYLE, and that Plaintiff, KREINS, and DOYLE agree to jointly seek leave of court to reopen discovery for 60 days, limited to issues included in the amended complaint;

3.  That KREINS and DOYLE agree to toll all applicable statute of limitations defenses to Plaintiff's complaint while Plaintiff's complaint is pending.

IT IS SO STIPULATED:

DATE: Oct. 29, 2012        OFFICE OF MARIN COUNTY COUNSEL

By: _____
Stephen R. Raab
Attorneys for Defendant SHERIFF ROBERT T. DOYLE

DATE: 10-29, 2012        BERTRAND, FOX, & ELLIOTT

By: _____
Thomas F. Bertrand  Richard W. Osman
Attorneys for Defendant CHIEF JOSEPH KREINS

DATE: 10-29, 2012        ANDERSON LAW

By: _____
David C. Anderson
Attorneys for Plaintiff RHIANNIN SKEELS

APPROVED:

DATE: 11/05, 2012        _____
JUDGE OF THE UNITED STATES DISTRICT COURT
Judge Thelton E. Henderson

2

STIPULATION OF PARTIES