| | |
|---|---|
| 1 | ANDERSON LAW |
|   | DAVID C. ANDERSON, State Bar # 83146 |
| 2 | 50 Francisco Street, Suite 450 |
|   | San Francisco, CA 94133 |
| 3 | Telephone: (415) 395-9898 |
|   | Facsimile:  (415) 395-9839 |
| 4 | |
|   | Attorneys for Plaintiff |
| 5 | RHIANNIN SKEELS |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## DIVISION OF SAN FRANCISCO

| | | |
|---|---|---|
| RHIANNIN SKEELS, | ) | No. CV-12-02175 THE |
|  | ) | Assigned to Judge Thelton E. Henderson |
| Plaintiff, | ) | |
|  | ) | NOTICE OF ENTRY OF STIPULATION |
| vs. | ) | AND APPROVAL DISMISSING |
|  | ) | PLAINTIFF'S COMPLAINT AGAINST |
| OFFICER KENDRICK PILEGAARD, | ) | DEFENDANT CHIEF JOSEPH KREINS |
| individually and in his capacity as a | ) | WITHOUT PREJUDICE; [~~PROPOSED~~] |
| Novato Police Department officer; CITY | ) | ORDER |
| OF NOVATO, CALIFORNIA; NOVATO | ) | |
| POLICE DEPARTMENT; CHIEF | ) | |
| JOSEPH KREINS, individually and in his | ) | |
| capacity as Novato Police Department | ) | |
| Chief; VERONIQUE L. AU, M.D.; | ) | |
| SUTTER WEST BAY HOSPITALS d.b.a. | ) | |
| NOVATO COMMUNITY HOSPITAL; | ) | |
| COUNTY OF MARIN, CALIFORNIA; | ) | |
| MARIN COUNTY SHERIFF'S OFFICE; | ) | |
| SHERIFF ROBERT T. DOYLE, | ) | |
| individually and in his capacity as Marin | ) | |
| County Sheriff; and DOES 1 through 100, | ) | |
| inclusive, | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on 11/5/12, the Stipulation by and between the attorneys for Plaintiff RHIANNIN SKEELS and Defendant CHIEF JOSEPH KREINS was approved by this Court. A copy of the Stipulation is attached hereto as Exhibit A.

\\10.4.0.6\data\Skeels - 268\dismissal - kreins.wpd                    1

NOTICE OF ENTRY OF STIPULATION AND APPROVAL DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CHIEF JOSEPH KREINS WITHOUT PREJUDICE; [PROPOSED] ORDER

IT IS HEREBY ORDERED that Plaintiff RHIANNIN SKEELS hereby dismisses without prejudice, her complaint as to Defendant CHIEF JOSEPH KREINS, individually and in his capacity as Novato Police Department Chief.

IT IS SO ORDERED.

Dated: _____11/13_____, 2012       By: _____
                                        Judge Thelton E. Henderson
                                        UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA