ANDERSON LAW
DAVID C. ANDERSON, State Bar # 83146
50 Francisco Street, Suite 450
San Francisco, CA 94133
Telephone: (415) 395-9898
Facsimile: (415) 395-9839

Attorneys for Plaintiff
RHIANNIN SKEELS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## DIVISION OF SAN FRANCISCO

| | |
|---|---|
| RHIANNIN SKEELS,<br><br>  Plaintiff,<br><br>  vs.<br><br>OFFICER KENDRICK PILEGAARD, individually and in his capacity as a Novato Police Department officer; CITY OF NOVATO, CALIFORNIA; NOVATO POLICE DEPARTMENT; CHIEF JOSEPH KREINS, individually and in his capacity as Novato Police Department Chief; VERONIQUE L. AU, M.D.; SUTTER WEST BAY HOSPITALS d.b.a. NOVATO COMMUNITY HOSPITAL; COUNTY OF MARIN, CALIFORNIA; MARIN COUNTY SHERIFF'S OFFICE; SHERIFF ROBERT T. DOYLE, individually and in his capacity as Marin County Sheriff; and DOES 1 through 100, inclusive,<br><br>  Defendants. | No. CV-12-02175 THE<br>Assigned to Judge Thelton E. Henderson<br><br>NOTICE OF ENTRY OF STIPULATION AND APPROVAL DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CHIEF JOSEPH KREINS WITHOUT PREJUDICE; [~~PROPOSED~~] ORDER |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on 11/5/12, the Stipulation by and between the attorneys for Plaintiff RHIANNIN SKEELS and Defendant CHIEF JOSEPH KREINS was approved by this Court. A copy of the Stipulation is attached hereto as Exhibit A.

\\10.4.0.6\data\Skeels - 268\dismissal - kreins.wpd                1

1  IT IS HEREBY ORDERED that Plaintiff RHIANNIN SKEELS hereby dismisses
2  without prejudice, her complaint as to Defendant CHIEF JOSEPH KREINS, individually and in
3  his capacity as Novato Police Department Chief.

6  IT IS SO ORDERED.

7  Dated: _____11/13_____, 2012   By: _____
                                         JUDGE Thelton E. Henderson
                                         UNITED STATES DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA