ANDERSON LAW
DAVID C. ANDERSON, State Bar # 83146
50 Francisco Street, Suite 450
San Francisco, CA 94133
Telephone: (415) 395-9898
Facsimile:  (415) 395-9839

Attorneys for Plaintiff
RHIANNIN SKEELS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## DIVISION OF SAN FRANCISCO

| | |
|---|---|
| RHIANNIN SKEELS,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER KENDRICK PILEGAARD, individually and in his capacity as a Novato Police Department officer; CITY OF NOVATO, CALIFORNIA; NOVATO POLICE DEPARTMENT; CHIEF JOSEPH KREINS, individually and in his capacity as Novato Police Department Chief; VERONIQUE L. AU, M.D.; SUTTER WEST BAY HOSPITALS d.b.a. NOVATO COMMUNITY HOSPITAL; COUNTY OF MARIN, CALIFORNIA; MARIN COUNTY SHERIFF'S OFFICE; SHERIFF ROBERT T. DOYLE, individually and in his capacity as Marin County Sheriff; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. CV-12-02175 TEH<br>Assigned to Judge Thelton E. Henderson<br><br>NOTICE OF ENTRY OF STIPULATION AND APPROVAL DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANT SHERIFF ROBERT T. DOYLE  WITHOUT PREJUDICE; [~~PROPOSED~~] ORDER |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on 11/5/12, the Stipulation by and between the attorneys for Plaintiff RHIANNIN SKEELS and Defendant SHERIFF ROBERT T. DOYLE was approved by this Court. A copy of the Stipulation is attached hereto as Exhibit A.

\\10.4.0.6\data\Skeels - 268\dismissal - doyle.wpd                1

NOTICE OF ENTRY OF STIPULATION AND APPROVAL DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANT SHERIFF ROBERT T. DOYLE WITHOUT PREJUDICE; [PROPOSED] ORDER

IT IS HEREBY ORDERED that Plaintiff RHIANNIN SKEELS hereby dismisses without prejudice, her complaint as to Defendant SHERIFF ROBERT T. DOYLE, individually and in his capacity as Marin County Sheriff.

IT IS SO ORDERED.

Dated: _____11/13_____, 2012   By: _____
JUDGE, UNITED STATES DISTRICT COURT
Judge Thelton E. Henderson

\\10.4.0.6\data\Skeels - 268\dismissal - doyle.wpd    2

NOTICE OF ENTRY OF STIPULATION AND APPROVAL DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANT SHERIFF ROBERT T. DOYLE WITHOUT PREJUDICE; [PROPOSED] ORDER