1 | ANDERSON LAW
  | DAVID C. ANDERSON, State Bar # 83146
2 | 50 Francisco Street, Suite 450
  | San Francisco, CA 94133
3 | Telephone: (415) 395-9898
  | Facsimile:  (415) 395-9839
4 |
  | Attorneys for Plaintiff
5 | RHIANNIN SKEELS

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 | **DIVISION OF SAN FRANCISCO**

11 | RHIANNIN SKEELS,                                )  No. CV-12-02175 TEH
                                                    )  Assigned to Judge Thelton E. Henderson
12 |            Plaintiff,                           )
                                                    )  NOTICE OF ENTRY OF STIPULATION
13 |    vs.                                          )  AND APPROVAL DISMISSING
                                                    )  PLAINTIFF'S COMPLAINT AGAINST
14 | OFFICER KENDRICK PILEGAARD,                     )  DEFENDANT SHERIFF ROBERT T.
     individually and in his capacity as a          )  DOYLE  WITHOUT PREJUDICE;
15 | Novato Police Department officer; CITY          )  [PROPOSED] ORDER
     OF NOVATO, CALIFORNIA; NOVATO                   )
16 | POLICE DEPARTMENT; CHIEF                        )
     JOSEPH KREINS, individually and in his         )
17 | capacity as Novato Police Department            )
     Chief; VERONIQUE L. AU, M.D.;                   )
18 | SUTTER WEST BAY HOSPITALS d.b.a.                )
     NOVATO COMMUNITY HOSPITAL;                      )
19 | COUNTY OF MARIN, CALIFORNIA;                    )
     MARIN COUNTY SHERIFF'S OFFICE;                  )
20 | SHERIFF ROBERT T. DOYLE,                        )
     individually and in his capacity as Marin      )
21 | County Sheriff; and DOES 1 through 100,         )
     inclusive,                                      )
22 |                                                 )
                Defendants.                          )
23 | _____               )

24 |       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25 |       PLEASE TAKE NOTICE that on 11/5/12, the Stipulation by and between the attorneys

26 | for Plaintiff RHIANNIN SKEELS and Defendant SHERIFF ROBERT T. DOYLE was

27 | approved by this Court.  A copy of the Stipulation is attached hereto as Exhibit A.

28

\\10.4.0.0\data\Skeels - 268\dismissal - doyle.wpd

1

1    IT IS HEREBY ORDERED that Plaintiff RHIANNIN SKEELS hereby dismisses

2  without prejudice, her complaint as to Defendant SHERIFF ROBERT T. DOYLE, individually

3  and in his capacity as Marin County Sheriff.

4

5

6  IT IS SO ORDERED.

7

8  Dated: _____ 11/13 ____, 2012           By: _____

9                                                JUDGE _____ COURT

10                                                Judge Thelton E. Henderson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

\\10.4.0.6\data\Skeels - 268\dismissal - doyle.wpd                    2