Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
E-mail:  tbertrand@bfesf.com

Attorneys for Defendants
CITY OF NOVATO,
NOVATO POLICE DEPARTMENT
and OFFICER KENDRICK PILEGAARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHIANNIN SKEELS,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER KENDRICK PILEGAARD, individually and in his capacity as a Novato Police Department officer; CITY OF NOVATO, CALIFORNIA; NOVATO POLICE DEPARTMENT; VERONIQUE L. AU, M.D.; SUTTER WESTBAY HOSPITALS d.b.a. NOVATO COMMUNITY HOSPITAL; COUNTY OF MARIN, CALIFORNIA; MARIN COUNTY SHERIFF'S OFFICE; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV 12-2175-TEH-MEJ<br><br>**ORDER EXCUSING KENDRICK PILEGAARD FROM SETTLEMENT CONFERENCE**<br><br>September 9, 2014<br>**Hearing Date:** Tuesday, ~~June 11, 2013~~<br>**Time:** 10:00 a.m.<br>**Courtroom:** B, 15th Floor<br>**Judge:** Hon. Maria-Elena James |

Upon application by defendants CITY OF NOVATO, NOVATO POLICE DEPARTMENT and OFFICER KENDRICK PILEGAARD, it is hereby ordered as follows:

KENDRICK PILEGAARD is hereby excused from attending the Settlement Conference in this action, scheduled for ~~June 11, 2013~~ Tuesday, September 9, 2014.  Mike Berndt, Liability Claims Unit Manager of York Risk Services

1

1 Group, Inc. will attend the Settlement Conference on behalf of CITY OF NOVATO, NOVATO POLICE
2 DEPARTMENT and OFFICER KENDRICK PILEGAARD.
3     **IT IS SO ORDERED.**

5 Dated:    April 30, 2013
                                         Honorable Maria-Elena James
                                         UNITED STATES MAGISTRATE JUDGE

2

ORDER EXCUSING KENDRICK PILEGAARD FROM SETTLEMENT CONFERENCE
*Skeels v. Pilegaard, et al.*
U.S.D.C. Northern District of CA Case No. CV 12-2175 TEH