1  Thomas F. Bertrand, State Bar No. 056560
   Richard W. Osman, State Bar No. 167993
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone: (415) 353-0999
5  Facsimile:  (415) 353-0990
   E-mail:  tbertrand@bfesf.com
6

7  Attorneys for Defendants
   CITY OF NOVATO,
8  NOVATO POLICE DEPARTMENT
   and OFFICER KENDRICK PILEGAARD
9

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

13

14 RHIANNIN SKEELS,

15        Plaintiff,                      Case No. CV 12-2175-TEH-MEJ

16        v.

17 OFFICER KENDRICK PILEGAARD,            **ORDER EXCUSING  KENDRICK PILEGAARD**
   individually and in his capacity as a Novato  **FROM SETTLEMENT CONFERENCE**
18 Police Department officer; CITY OF
   NOVATO, CALIFORNIA; NOVATO POLICE
19 DEPARTMENT; VERONIQUE L. AU, M.D.;
   SUTTER WESTBAY HOSPITALS d.b.a.                    September 9, 2014
20 NOVATO COMMUNITY HOSPITAL;          **Hearing Date:** Tuesday, ~~June 11, 2013~~
   COUNTY OF MARIN, CALIFORNIA;        **Time:**         10:00 a.m.
21 MARIN COUNTY SHERIFF'S OFFICE; and  **Courtroom:**    B, 15th Floor
22 DOES 1-50, inclusive,               **Judge:**        Hon. Maria-Elena James

23        Defendants.

24

25    Upon application by defendants CITY OF NOVATO, NOVATO POLICE DEPARTMENT and

26 OFFICER KENDRICK PILEGAARD, it is hereby ordered as follows:

27    KENDRICK PILEGAARD is hereby excused from attending the Settlement Conference in this
                         Tuesday, September 9, 2014
28 action, scheduled for ~~June 11, 2013~~.  Mike Berndt, Liability Claims Unit Manager of York Risk Services

                                          1

Group, Inc. will attend the Settlement Conference on behalf of CITY OF NOVATO, NOVATO POLICE DEPARTMENT and OFFICER KENDRICK PILEGAARD.

**IT IS SO ORDERED.**

Dated:   April 30, 2013

_____
Honorable Maria-Elena James
UNITED STATES MAGISTRATE JUDGE