1 ANDERSON LAW
2 DAVID C. ANDERSON, State Bar # 83146
  JONATHAN M. SHUGART, State Bar # 278221
3 50 Francisco Street, Suite 450
  San Francisco, CA 94133
4 Telephone: (415) 395-9898
  Facsimile: (415) 395-9839
5
6 Attorneys for Plaintiff
  RHIANNIN SKEELS
7

8                    UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      DIVISION OF SAN FRANCISCO

11 | RHIANNIN SKEELS,                                | ) | No. CV-12-02175 TEH
12 |                  Plaintiff,                     | ) | Assigned to Judge Thelton E. Henderson
13 |       vs.                                       | ) |
14 | OFFICER KENDRICK PILEGAARD,                     | ) | NOTICE OF CONDITIONAL SETTLEMENT OF LAWSUIT BETWEEN PLAINTIFF AND DEFENDANT COUNTY OF MARIN; NOTICE OF INTENT TO FILE REQUEST FOR VOLUNTARY DISMISSAL; REQUEST TO CONTINUE ENTRY OF JUDGMENT FOR DEFENDANT COUNTY OF MARIN AFTER RULING ON MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER

individually and in his capacity as a Novato Police Department officer; CITY OF NOVATO, CALIFORNIA; NOVATO POLICE DEPARTMENT; CHIEF JOSEPH KREINS, individually and in his official capacity as Novato Police Department Chief; VERONIQUE L. AU, M.D.; SUTTER HEALTH; NOVATO COMMUNITY HOSPITAL; COUNTY OF MARIN, CALIFORNIA; MARIN COUNTY SHERIFF'S OFFICE; SHERIFF ROBERT T. DOYLE, individually and in his capacity as Marin County Sheriff; and DOES 1 through 100, inclusive,

                  Defendants.

F:\Skeels - 268\not settlement.wpd                                1

NOTICE OF CONDITIONAL SETTLEMENT OF LAWSUIT BETWEEN PLAINTIFF AND DEFENDANT COUNTY OF MARIN; NOTICE OF INTENT TO FILE VOLUNTARY DISMISSAL; REQUEST TO STAY ENTRY OF JUDGMENT FOR DEFENDANT COUNTY OF MARIN AFTER RULING ON MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER

1  TO THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT, THE
2  PARTIES AND THEIR ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE that Plaintiff RHIANNIN SKEELS and Defendants
4  COUNTY OF MARIN, MARIN COUNTY SHERIFF'S OFFICE, and SHERIFF ROBERT T.
5  DOYLE, (hereinafter collectively, "COUNTY"), have reached a settlement agreement in the
6  above-titled matter. Counsel for Plaintiff and COUNTY have agreed upon the terms of a
7  settlement release agreement and forwarded said agreement to their clients. Said agreement
8  contains provisions prohibiting Plaintiff from suing any COUNTY employees, independent
9  contractors, contract employees, agents, personnel, officers or elected officials who are now or
10 have been employed by or served for the COUNTY, including those Marin County Jail
11 employees who have been named as fictitious "DOE" defendants in Plaintiff's Third Amended
12 Complaint. Plaintiff SKEELS and an authorized representative of COUNTY have signed the
13 settlement release agreement. As SKEELS resides in Las Vegas, Nevada, her original signature
14 page has not yet been received by counsel via United States mail, but counsel has received a
15 copy of her signed agreement via e-mail. On November 5, 2013, counsel for each party e-
16 mailed signed copies of the settlement release agreement to opposing counsel. The settlement
17 will be finalized once the original signature pages of the settlement release agreement are
18 received by counsel.
19 PLEASE TAKE FURTHER NOTICE that pursuant to the settlement release agreement
20 between Plaintiff and COUNTY, Plaintiff has agreed to file a Request for Voluntary Dismissal
21 of the COUNTY, with prejudice, in the above-titled court, within fourteen days after the
22 settlement is finalized.
23 On October 16, 2013, this Court granted COUNTY's motion for judgment on the
24 pleadings, and granted Plaintiff leave to file a motion to modify case management order
25 pursuant to Fed. Rule Civ. Pro. Rule 16(b)(4). (Docket No. 91). This court set a deadline of
26 November 6, 2013, for Plaintiff to file said motion. (Docket No. 91). Plaintiff does not intend
27 to file said motion in light of the conditional settlement agreement between her and COUNTY.
28

In the interests of justice, Plaintiff HEREBY REQUESTS that the Court continue its entry of judgment for COUNTY after ruling on COUNTY's motion for judgment on the pleadings 30 days to allow Plaintiff and COUNTY to finalize their settlement agreement and for Plaintiff to submit a Request for Voluntary Dismissal with this court.

Dated: November 6, 2013                ANDERSON LAW

/s/
DAVID C. ANDERSON
Attorney for Plaintiff Rhiannin Skeels

## ORDER

Having read the Notice of Conditional Settlement of Lawsuit Between Plaintiff and Defendant County of Marin, the Notice of Intent to File Request for Voluntary Dismissal, and the Request to Continue Entry of Judgment for Defendant County of Marin After Ruling On Motion For Judgment On the Pleadings filed by Plaintiff RHIANNIN SKEELS on November 6, 2013, and finding good cause therefor, IT IS HEREBY ORDERED THAT:

1. The Court will continue for 30 days from the date of entry of this order its entry of judgment for Defendant COUNTY OF MARIN CALIFORNIA, MARIN COUNTY after ruling on motion for judgment for the pleadings;
2. Plaintiff shall file a Request for Voluntary Dismissal with this court within 30 days of entry of this order.

Dated: 11/06/2013

UNITED STATES DISTRICT COURT JUDGE
Judge Thelton E. Henderson