ANDERSON LAW
DAVID C. ANDERSON, State Bar # 83146
JONATHAN M. SHUGART, State Bar # 278221
50 Francisco Street, Suite 450
San Francisco, CA 94133
Telephone: (415) 395-9898
Facsimile: (415) 395-9839

Attorneys for Plaintiff
RHIANNIN SKEELS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### DIVISION OF SAN FRANCISCO

| | |
|---|---|
| RHIANNIN SKEELS,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER KENDRICK PILEGAARD, individually and in his capacity as a Novato Police Department officer; CITY OF NOVATO, CALIFORNIA; NOVATO POLICE DEPARTMENT; CHIEF JOSEPH KREINS, individually and in his official capacity as Novato Police Department Chief; VERONIQUE L. AU, M.D.; SUTTER HEALTH; NOVATO COMMUNITY HOSPITAL; COUNTY OF MARIN, CALIFORNIA; MARIN COUNTY SHERIFF'S OFFICE; SHERIFF ROBERT T. DOYLE, individually and in his capacity as Marin County Sheriff; and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. CV-12-02175 TEH<br>Assigned to Judge Thelton E. Henderson<br><br>[~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL OF CERTAIN PARTIES |

The Request for Order of Voluntary Dismissal of Plaintiff RHIANNIN SKEELS pursuant to Fed. Rules Civ. Pro. Rule 41(a)(2) in the above titled action came before this court on this day. Finding good case therefor, it is hereby ORDERED that:

1. Defendants COUNTY OF MARIN, CALIFORNIA, MARIN COUNTY SHERIFF'S OFFICE, and SHERIFF ROBERT T. DOYLE are dismissed with prejudice;

2. Each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

Dated: 11/25, 2013



THE
UNITED
Judge Thelton E. Henderson

F:\Skeels - 268\req dismiss county order.wpd    2

ORDER OF VOLUNTARY DISMISSAL OF CERTAIN PARTIES