1  ANDERSON LAW
   DAVID C. ANDERSON, State Bar # 83146
2  JONATHAN M. SHUGART, State Bar # 278221
   50 Francisco Street, Suite 450
3  San Francisco, CA 94133
   Telephone: (415) 395-9898
4  Facsimile:  (415) 395-9839

5
   Attorneys for Plaintiff
6  RHIANNIN SKEELS

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                DIVISION OF SAN FRANCISCO

11 RHIANNIN SKEELS,                    )   No. CV-12-02175 TEH
                                       )   Assigned to Judge Thelton E. Henderson
12          Plaintiff,                 )
                                       )
13     vs.                             )
                                       )   [PROPOSED] ORDER OF
14 OFFICER KENDRICK PILEGAARD,         )   VOLUNTARY DISMISSAL OF
   individually and in his capacity as a )  CERTAIN PARTIES
15 Novato Police Department officer; CITY )
   OF NOVATO, CALIFORNIA; NOVATO      )
16 POLICE DEPARTMENT; CHIEF            )
   JOSEPH KREINS, individually and in his )
17 official capacity as Novato Police  )
   Department Chief; VERONIQUE L. AU,  )
18 M.D.; SUTTER HEALTH; NOVATO         )
   COMMUNITY HOSPITAL; COUNTY          )
19 OF MARIN, CALIFORNIA; MARIN         )
   COUNTY SHERIFF'S OFFICE;            )
20 SHERIFF ROBERT T. DOYLE,            )
   individually and in his capacity as Marin )
21 County Sheriff; and DOES 1 through 100, )
   inclusive,                          )
22                                     )
            Defendants.                )
23                                     )
   _____ )
24

25

26

27

28

F:\Skeels - 268\req dismiss county order.wpd          1

ORDER OF VOLUNTARY DISMISSAL OF CERTAIN PARTIES

1  The Request for Order of Voluntary Dismissal of Plaintiff RHIANNIN SKEELS pursuant to Fed. Rules Civ. Pro. Rule 41(a)(2) in the above titled action came before this court on this day.  Finding good case therefor, it is hereby ORDERED that:

　　1.　Defendants COUNTY OF MARIN, CALIFORNIA, MARIN COUNTY SHERIFF'S OFFICE, and SHERIFF ROBERT T. DOYLE are dismissed with prejudice;

　　2.　Each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

Dated: ____11/25____, 2013



THE<br>UNITED　　　　　　　　　　　G<br>　Judge Thelton E. Henderson