1  ANDERSON LAW
   DAVID C. ANDERSON, State Bar # 83146
2  JONATHAN M. SHUGART, State Bar # 278221
   50 Francisco Street, Suite 450
3  San Francisco, CA 94133
   Telephone: (415) 395-9898
4  Facsimile: (415) 395-9839

5

   Attorneys for Plaintiff
6  RHIANNIN SKEELS

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10             DIVISION OF SAN FRANCISCO

11 RHIANNIN SKEELS,                    )   No. CV-12-02175 TEH
                                       )   Assigned to Judge Thelton E. Henderson
12          Plaintiff,                 )
                                       )
13     vs.                             )
                                       )   **JOINT REQUEST FOR ORDER OF**
14 OFFICER KENDRICK PILEGAARD,         )   **VOLUNTARY DISMISSAL OF**
   individually and in his capacity as a )  **DEFENDANT VERONIQUE L. AU,**
15 Novato Police Department officer; CITY ) **M.D. AND [PROPOSED] ORDER**
   OF NOVATO, CALIFORNIA; NOVATO      )
16 POLICE DEPARTMENT; CHIEF           )
   JOSEPH KREINS, individually and in his )
17 official capacity as Novato Police   )
   Department Chief; VERONIQUE L. AU,  )
18 M.D.; SUTTER HEALTH; NOVATO         )
   COMMUNITY HOSPITAL; COUNTY         )
19 OF MARIN, CALIFORNIA; MARIN        )
   COUNTY SHERIFF'S OFFICE;           )
20 SHERIFF ROBERT T. DOYLE,           )
   individually and in his capacity as Marin )
21 County Sheriff; and DOES 1 through 100, )
   inclusive,                          )
22                                     )
            Defendants.                )
23                                     )
   _____
24

25

26

27

28

C:\Data\Skeels - 268\req dismiss au.wpd          1

JOINT REQUEST FOR ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT VERONIQUE L. AU, M.D. AND [PROPOSED] ORDER

TO THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

On or around December 4, 2013, Plaintiff RHIANNIN SKEELS and Defendant VERONIQUE L. AU, M.D. reached a settlement agreement in the above-titled matter under the following terms and conditions: that Defendant AU will, in exchange for a dismissal with prejudice of Defendant AU, waive any claim for costs and right to proceed with any action in malicious prosecution against Plaintiff SKEELS, or her attorneys; both parties shall bear their own costs and attorneys' fees associated with this litigation.

Plaintiff notes that Defendant VERONIQUE L. AU, M.D.'s Motion for Summary Judgment is set for hearing in Department 2 of the above titled court on January 13, 2014 at 10:00 A.M. This motion should be taken off calendar subject to the court's order dismissing Dr. AU as herein requested.

Plaintiff RHIANNIN SKEELS and Defendant VERONIQUE L. AU, M.D., by and through their designated counsel, hereby Request an Order of Voluntary Dismissal pursuant to Fed. Rules Civ. Pro. Rule 41(a)(2) of Defendant VERONIQUE L. AU, M.D. with prejudice. The parties further request that the Order provide that VERONIQUE L. AU, M.D. waives any claim for costs and right to proceed with any action in malicious prosecution against Plaintiff SKEELS, or her attorneys, and that each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

Dated: December 5, 2013      ANDERSON LAW

/s/
DAVID C. ANDERSON
Attorney for Plaintiff Rhiannin Skeels

Dated: December 5, 2013      DONNELLY NELSON DEPOLO & MURRAY

/s/
THOMAS J. DONNELLY
Attorney for Defendant Veronique L. Au, M.D.

# [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT VERONIQUE AU, M.D.

The Joint Request for Order of Voluntary Dismissal of Plaintiff RHIANNIN SKEELS and Defendant VERONIQUE L. AU, M.D. pursuant to Fed. Rules Civ. Pro. Rule 41(a)(2) in the above titled action came before this court on this day. Finding good case therefor, it is hereby ORDERED that:

1. Defendant VERONIQUE L. AU, M.D. is dismissed with prejudice;
2. Defendant VERONIQUE L. AU, M.D. waives any claim for costs and right to proceed with any action in malicious prosecution against Plaintiff SKEELS, or her attorneys;
3. Each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

Dated: _____12/09_____, 2013



Judge Thelton E. Henderson