ANDERSON LAW
DAVID C. ANDERSON, State Bar # 83146
JONATHAN M. SHUGART, State Bar # 278221
50 Francisco Street, Suite 450
San Francisco, CA 94133
Telephone: (415) 395-9898
Facsimile: (415) 395-9839

Attorneys for Plaintiff
RHIANNIN SKEELS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIVISION OF SAN FRANCISCO

| | |
|---|---|
| RHIANNIN SKEELS,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER KENDRICK PILEGAARD, individually and in his capacity as a Novato Police Department officer; CITY OF NOVATO, CALIFORNIA; NOVATO POLICE DEPARTMENT; CHIEF JOSEPH KREINS, individually and in his official capacity as Novato Police Department Chief; VERONIQUE L. AU, M.D.; SUTTER HEALTH; NOVATO COMMUNITY HOSPITAL; COUNTY OF MARIN, CALIFORNIA; MARIN COUNTY SHERIFF'S OFFICE; SHERIFF ROBERT T. DOYLE, individually and in his capacity as Marin County Sheriff; and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. CV-12-02175 TEH<br>Assigned to Judge Thelton E. Henderson<br><br>**JOINT REQUEST FOR ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT VERONIQUE L. AU, M.D. AND [PROPOSED] ORDER** |

1     TO THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT, THE
2 PARTIES AND THEIR ATTORNEYS OF RECORD:
3     On or around December 4, 2013, Plaintiff RHIANNIN SKEELS and Defendant
4 VERONIQUE L. AU, M.D. reached a settlement agreement in the above-titled matter under the
5 following terms and conditions: that Defendant AU will, in exchange for a dismissal with
6 prejudice of Defendant AU, waive any claim for costs and right to proceed with any action in
7 malicious prosecution against Plaintiff SKEELS, or her attorneys; both parties shall bear their
8 own costs and attorneys' fees associated with this litigation.
9     Plaintiff notes that Defendant VERONIQUE L. AU, M.D.'s Motion for Summary
10 Judgment is set for hearing in Department 2 of the above titled court on January 13, 2014 at
11 10:00 A.M.  This motion should be taken off calendar subject to the court's order dismissing Dr.
12 AU as herein requested.
13     Plaintiff RHIANNIN SKEELS and Defendant VERONIQUE L. AU, M.D., by and
14 through their designated counsel, hereby Request an Order of Voluntary Dismissal pursuant to
15 Fed. Rules Civ. Pro. Rule 41(a)(2) of Defendant VERONIQUE L. AU, M.D. with prejudice.
16 The parties further request that the Order provide that VERONIQUE L. AU, M.D. waives any
17 claim for costs and right to proceed with any action in malicious prosecution against Plaintiff
18 SKEELS, or her attorneys, and that each party shall be responsible for its own costs and
19 attorneys' fees associated with this litigation.

21 Dated: December 5, 2013     ANDERSON LAW

22     /s/
    DAVID C. ANDERSON
23     Attorney for Plaintiff Rhiannin Skeels

25 Dated: December 5, 2013     DONNELLY NELSON DEPOLO & MURRAY

26     /s/
    THOMAS J. DONNELLY
27     Attorney for Defendant Veronique L. Au, M.D.

**[~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL OF**

**DEFENDANT VERONIQUE AU, M.D.**

The Joint Request for Order of Voluntary Dismissal of Plaintiff RHIANNIN SKEELS and Defendant VERONIQUE L. AU, M.D. pursuant to Fed. Rules Civ. Pro. Rule 41(a)(2) in the above titled action came before this court on this day.  Finding good case therefor, it is hereby ORDERED that:

1. Defendant VERONIQUE L. AU, M.D. is dismissed with prejudice;
2. Defendant VERONIQUE L. AU, M.D. waives any claim for costs and right to proceed with any action in malicious prosecution against Plaintiff SKEELS, or her attorneys;
3. Each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

Dated: _____12/09_____, 2013



Judge Thelton E. Henderson

C:\Data\Skeels - 268\req dismiss au.wpd

3

JOINT REQUEST FOR ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT VERONIQUE L. AU, M.D. AND [PROPOSED] ORDER