G. PATRICK GALLOWAY, ESQ. (State Bar No. 49442)
MICHAEL C. AUSTIN, ESQ. (State Bar No. 232091)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: maustin@glattys.com

Attorneys for Defendant
SUTTER WEST BAY HOSPITALS dba NOVATO COMMUNITY HOSPITAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHIANNIN SKEELS,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER KENDRICK PILEGAARD, individually and in his capacity as a Novato Police Department Officer; CITY OF NOVATO, CALIFORNIA; NOVATO POLICE DEPARTMENT; VERONIQUE L. AU, M.D.; SUTTER WEST BAY HOSPITALS d.b.a NOVATO COMMUNITY HOSPITAL; COUNTY OF MARIN, CALIFORNIA; MARIN COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  C 12-02175 TEH<br><br>The Honorable Thelton E. Henderson<br><br>**NOTICE AND STIPULATED** ~~PROPOSED~~ **ORDER OF DISMISSAL OF DEFENDANT SUTTER WEST BAY HOSPITALS DBA NOVATO COMMUNITY HOSPITAL**<br><br>**Date Complaint Filed:** May 1, 2012<br>**Trial:** October 14, 2014 |

TO THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

On December 2, 2013, defendant Sutter West Bay Hospitals dba Novato Community Hospital (hereinafter Novato Community Hospital) served by mail on plaintiff Rhiannin Skeels an F.R.C.P. Rule 68 Offer to Compromise. In that offer, defendant Novato Community Hospital, in exchange for a dismissal with prejudice, would waive any claim for costs and right to proceed with any action for malicious prosecution

1

C 12-02175 TEH:  NOTICE AND STIPULATED PROPOSED ORDER OF DISMISSAL OF DEFENDANT SUTTER WEST BAY HOSPITALS dba NOVATO COMMUNITY HOSPITAL

192-9323/MCA/678631.docx

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

against plaintiff or her attorneys; both parties to bear their own costs and attorneys' fees associated with this litigation.

On December 5, 2013, plaintiff Rhiannin Skeels, through her attorney of record, accepted defendant Novato Community Hospital's offer to compromise.

Plaintiff Rhiannin Skeels and defendant Novato Community Hospital, by and through their designated counsel, hereby request an Order of Voluntary Dismissal pursuant to F.R.C.P. Rule 68 of defendant Novato Community Hospital with prejudice. The parties further request that the Order provide that Novato Community Hospital waives any claim for costs or right to proceed with an action for malicious prosecution against plaintiff or her attorneys and that each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

Dated: January 24, 2014

GALLOWAY, LUCCHESE, EVERSON & PICCHI

By: _____
MICHAEL C. AUSTIN, ESQ.
Attorneys for Defendant
Sutter West Bay Hospitals dba Novato Community Hospital

Dated: January 24, 2014

ANDERSON LAW

By: _____/S/_____
JONATHAN SHUGART, ESQ.
Attorneys for Plaintiff
Rhiannin Skeels

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

C 12-02175 TEH: NOTICE AND STIPULATED PROPOSED ORDER OF DISMISSAL OF DEFENDANT SUTTER WEST BAY HOSPITALS dba NOVATO COMMUNITY HOSPITAL

192-9323/MCA/678631.docx

## ORDER OF DISMISSAL OF
## DEFENDANT SUTTER WEST BAY HOSPITALS dba
## NOVATO COMMUNITY HOSPITAL

The Notice and Stipulated Proposed Order of Dismissal of plaintiff Rhiannin Skeels and defendant Sutter West Bay Hospitals dba Novato Community Hospital (hereinafter Novato Community Hospital) pursuant to F.R.C.P. Rule 68 in the above-entitled matter came before this Court. Finding good cause therefor,

IT IS HEREBY ORDERED that:

1. Defendant Novato Community Hospital is dismissed with prejudice;

2. Defendant Novato Community Hospital waives any claim for costs or right to proceed with an action for malicious prosecution against plaintiff Rhiannin Skeels or her attorneys; and

3. Each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

Dated: 02/03/2014



HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

3

C 12-02175 TEH: NOTICE AND STIPULATED PROPOSED ORDER OF DISMISSAL OF DEFENDANT SUTTER WEST BAY HOSPITALS dba NOVATO COMMUNITY HOSPITAL

192-9323/MCA/678631.docx